## BENSON HARDWARE CO. v. WILDER MERCANTILE CO.

(Decided November 17, 1916.)

APPEAL from Covington Circuit Court.

Heard before Hon. H. A. PEARCE.

BALDWIN & MURPHY, for appellant.   JONES & POWELL, for appellee.

SOMERVILLE, J.—No error, and the judgment is affirmed.

ANDERSON, C. J., MAYFIELD and THOMAS, JJ., concur.

## THE STATE v. RED FEATHER COAL CO.

(Decided November 16, 1916.)

APPEAL from Bibb Circuit Court.

Heard before Hon. B .M. MILLER.

W. L. MARTIN, Attorney General, and HARWELL G. DAVIS, Assistant Attorney General, for the State.   TILLMAN, BRADLEY & MORROW, and E. L. ALL, for appellee.

GARDNER, J.—Affirmed on authority of *The State v. Roden Coal Co., infra,* 73 South. 5.

ANDERSON, C. J., MCCLELLAN and SAYRE, JJ., concur.

## TONEY v. THE STATE.

(Decided October 19, 1916.)

CERTIORARI to Court of Appeals.

WINN & WINN, for appellant.   W. L. MARTIN, Attorney General, for the State.

SAYRE, J.—Willis Toney brings certiorari to review the judgment and decision of the Court of Appeals affirming the judgment of the trial court in the case of *Toney v. State,* 15 Ala. App. ........, 72 South. 508.   Writ denied.

ANDERSON, C. J., MCCLELLAN and GARDNER, JJ., concur.